UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Chandra A. Brown )
v. )
) NO. 1:17-cv-192 JRG/CHS
Volkswagen Group ) (To be assigned by the Clerk's Office.
of America ) Do not write in this blank.)

APPLICATION TO PROCEED IN FORMA PAUPERIS
WITH SUPPORTING DOCUMENTATION

I, Chandra A. Brown, declare that I am the:

[✓] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

FILED
JUL 07 2017
Clerk, U.S. District Court
Eastern District of Tennessee
At Chattanooga

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

I was the victim of a hostile work environment, retaliation and a constructive discharge. I am currently unemployed but actively seeking employment, after relocating to Chicago, IL in May 2017.

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last): Chandra Ann Brown

YEAR OF BIRTH: 1966

SOCIAL SECURITY NUMBER (last 4 digits only): 2724

PHONE NOS.: 205-245-3764

HOME ADDRESS: 1423 W. Fargo Avenue Chicago, IL 60626

OWN OR RENT? Rent (1 Room)

HOW LONG AT CURRENT ADDRESS? 1 month

MARITAL STATUS: Single

NAME AND ADDRESS OF CURRENT EMPLOYER: Unemployed

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what you do):

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS:                              NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: May 2017

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

$31,200 (annually)    $2,400/month (gross)

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

| | | |
|---|---|---|
| Business, professional or other form of self-employment? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Rent payments, interest, or dividends? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Pensions, annuities, or life insurance payments? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Gifts or inheritance? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Any other source? | [ ] Yes | [✓] No |

If YES, state the source and amount:

Page 3 of 10

Case 1:17-cv-00192-JRG-CHS   Document 1   Filed 07/07/17   Page 3 of 10   PageID #: 3

## ASSETS:
LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

| | |
|---|---|
| CASH | $ 5.89 |
| CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) (Do NOT include account numbers) | $ 0.62 |
| Wells Fargo | |
| SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) (Do NOT include account numbers) | $ 5.00 |
| Wells Fargo | |
| STOCKS AND BONDS | $ 0 |
| REAL ESTATE–CURRENT FAIR MARKET VALUE (List Locations Below) | |
| | $ 0 |
| | $ 0 |
| | $ 0 |
| **TOTAL REAL ESTATE** | $ 0 |

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

| Item | Value |
|---|---|
| Queen Bedroom Set | $1,200.00 |
| Queen Bedroom Set | $700.00 |
| Table + 6 Chairs | $500.00 |
| **TOTAL PERSONAL PROPERTY** | **$2,400.00** |

MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| 2011/E350 | 9020AV5 (AL) | $21,000.00 |
| | | $ |
| | | $ |
| | **TOTAL VALUE OF MOTOR VEHICLES** | **$21,000.00** |

DEBTS OWED TO YOU (Give Name of Debtor)

| Debtor | Amount |
|---|---|
| | $ 0 |
| | $ |
| | $ |
| **TOTAL DEBTS OWED TO YOU** | **$ 0** |

OTHER ASSETS (ITEMIZE)

| Item | Value |
|---|---|
| | $ 0 |
| | $ |
| | $ |
| **TOTAL OTHER ASSETS** | **$ 0** |

**TOTAL OFF ALL ASSETS: $23,400.00**

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Navient (Student Loans)   $ 49,000.00
Nelnet (Student Loans)    $ 48,000.00
_____   $ _____

**TOTAL LOANS PAYABLE TO BANKS**   $ 97,000.00

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ 0 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ 0 |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 0 |
| MEDICAL BILLS | $ 0 |
| TAXES AND ASSESSMENTS PAYABLE | $ 0 |

OTHER LIABILITIES (Itemize)

_____   $ _____
_____   $ _____
_____   $ _____

**TOTAL LIABILITIES**   $ 97,000.00

## LIVING EXPENSES

| | Monthly Payment | Balance Owing |
|---|---|---|
| [✓] RENT or [ ] MORTGAGE PAYMENT (check one) | $ 500.00 | $ |
| ELECTRICITY | $ 0 | $ |
| WATER | $ 0 | $ |
| GAS | $ 0 | $ |
| TELEPHONE | $ 70.00 | $ |
| FOOD | $ 200.00 | $ |
| ALIMONY | $ 0 | $ |
| CHILD SUPPORT | $ 0 | $ |
| CHILD CARE | $ 0 | $ |
| SCHOOL EXPENSES | $ 0 | $ |
| AUTOMOBILE NOTE | $ 465.61 | $ 21,000.00 |
| AUTOMOBILE INSURANCE | $ 227.00 | $ |
| AUTOMOBILE REPAIRS | $ 0 | $ |
| GASOLINE | $ 80.00 | $ |
| FURNITURE NOTE | $ 0 | $ |
| CLOTHING | $ 0 | $ |
| CABLE TELEVISION | $ 0 | $ |
| LIFE INSURANCE | $ 0 | $ |
| HOSPITALIZATION INSURANCE | $ 0 | $ |
| DOCTORS | $ 0 | $ |
| DRUGS | $ 0 | $ |
| CREDIT CARDS | $ 0 | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ 0 | $ |
| TAXES | $ 0 | $ |
| ANY OTHER EXPENSES (LIST) | | |
| Storage Unit Fees | $ 155.00 | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |
| **TOTAL EXPENSES** | | $ 1,697.61 |

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)                YEAR OF BIRTH

N/A

SOCIAL SECURITY NUMBER (last 4 digits only)           PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?                HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

     Salary or Wages                 $_____

     Commissions                     $_____

     All other sources (Pensions; Soc.Sec.;
     Rent; Interest; Dividends; Alimony, etc.)   $_____

              **TOTAL:**            $_____

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:          Age:          Relationship:          Living With Whom?

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)          $ 0

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS**          $ 0

# AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

_July 3, 2017_  _Chandra A. Brown_
DATE                                                        SIGNATURE

Created:        January 31, 2007
IPF Application.wpd

Page 10 of 10

Case 1:17-cv-00192-JRG-CHS   Document 1   Filed 07/07/17   Page 10 of 10   PageID #: 10