# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT _Chattanooga_

Chandra A. Brown )
_____ )
_____ )
Name of plaintiff (s) )
)
v. )
Volkswagen Group )
of America )
_____ )
Name of defendant (s) )

FILED

JUL 0 7 2017

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Case No. 1:17-cv-192
(to be assigned by Clerk)

JRG/CHS

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

The EEOC issued me a right-to-sue letter. My complaints are a hostile work environment, constructive discharge and retaliation.

2. Plaintiff, Chandra A. Brown resides at
1423 W Fargo Avenue Chicago
street address                                    city

Cook , IL , 60626 , 205-245-3764
county        state    zip code    telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, Volkswagen Group of America lives at, or its business is located at

8001 Volkswagen Drive , Chattanooga ,
street address                                              city
Hamilton , Tennessee , 37416 .
county                        state              zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved.  You may use additional paper if necessary):

I began working with (VW GOA) Volkswagen Group of America on August 30, 2010 as an Assembly Quality Recording Specialist. I relocated to Chattanooga TN from Tuscaloosa, AL after resigning from Mercedes-Benz U.S. International, Inc. where I had worked almost 14 years. I resigned from Volkswagen Group of America on September 8, 2015, effective date September 22, 2015. (continued) Please see attachment.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Compensatory Damages for the 5 years at the Assistant Manager Pay Rate.

b. Benefits, Bonuses, 401K Contributions and Life Insurance for the last 2 years + 3 before.

c. Punitive and Pecuniary Damages. (emotional stress, physical health, life hardship.)

d. An investigation and Criminal Charges brought against Defendant and Employees.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____ 3 _____ day of _____ July _____, 20 17 .

Chandra A. Brown

_____

_____

_____

Signature of plaintiff (s)

3

My resignation letter on September 8, 2015 was the culmination of almost three (3) years of enduring a hostile workplace environment and Management's indifference to my Civil Rights.

In my role as the Assembly Quality (Failure) Recording Specialist, I was tasked with implementing the FIS Defect System in Assembly. Due to the amount of work to be done and team members to be trained, I was assigned 4 Direct Team Members whom I 'unofficially' supervised as a Specialist in January 2011. Together, we wrote the processes and procedures for the FIS Defect System in Chattanooga, we created the training Plans and trained the Team Members and maintained the System. In or around June of 2011, one of the team members was reassigned back to the Assembly Line, and I continued with the 3 remaining Team Members until my resignation.

In 2013, I was selected by the General Manager of Assembly Manufacturing - Thorsten Luepkes, for the Company's Leadership Basic Qualification (LBQ) Training. The LBQ was administered in 4 separate modules during a 6 month period throughout 2013. The LBQ is required for an employee to be eligible for the Company's Assessment Center for Leadership Competence (ACL) Certification. To be eligible to be promoted into a management position, an employee must successfully complete the ACL. I successfully completed the LBQ in June 2013, and the ACL in October 2013. My next promotion was to an Advanced Recording Specialist in January 2014.

It was during the LBQ modules that Assembly Management began to change, coupled with an ex-friend and colleague Thyais Leonard, who decided that I should not be in the LBQ program or at Volkswagen GofA Chattanooga any longer. Chad Butts became a Manager in Assembly, and a supporter of Thyais Leonard and Noland Mickens (Assistant Manager - Assembly), whom were the leads in this negative campaign throughout our Department. Thorsten Luepkes, believed in me and my abilities to be a Leader, and allowed me to continue through with the 4 modules and the ACL. He fully supported me throughout his tenure at Volkswagen GofA Chattanooga.

After completing the ACL Certification, I awaited to be promoted to an Assistant Manager position. My next promotion came in January 2014. I was promoted to an Advanced Recording Specialist in Assembly Quality, under my supervisor Tim Lovvorn - Assistant Manager of Assembly Maintenance.

We are moving into 2014, and the negative campaign against me was just getting started, It continued throughout the Assembly Department and began to carryover to other Departments, making it difficult to get my job done.

My name came up for an Assistant Manager position in the Production Control /Logistics Department. The person doing the job was Kathrine Friedmann. She had taken the LBQ in an earlier session than myself, but she received a 'No Recommendation for Promotion' recommendation from the ACL Assessment Team. Volkswagen GofA Chattanooga policy states 'that you are ineligible to be promoted to a Management position, if you do not successfully complete the LBQ and ACL Assessment Test'.

I was never informed of being recommended for the position, but Thyais Leonard, Noland Mickens and others in the Assembly Department were aware of it. This was part of the isolation I received from our Department. I didn't receive the Daily/Weekly Reports that everyone else in our Department received. I wasn't invited to meetings or informed of Company Business that was supposed to be shared with all employees.

While at my desk, Thyais Leonard was walking around our Department introducing Kathrine Friedmann to everyone and stating that Katherine worked in the Production Control/Logistics area, and that I was trying to take her job. She was encouraging everyone to write a letter against me being given the position and send it to HR. This process later became known as their 'Media Blitz' that they utilized every time I came up for a promotion.

I complained about overhearing this to my Assistant Manager, Tim Lovvorn. Tim assured me he would address it with HR and get back to me. Later that day, the talk in the Department was about 'Me' going to HR complaining about Thyais Leonard, which I had not done. When Tim Lovvorn sent me a meeting invitation to meet with him and Ron Pankrantz (Manager - HR), I declined (copy attached). An opinion had already been rendered, and I was the bad person trying to take Katherine Friedmann's position and complaining about Thyais Leonard, per the office chatter.

Later that week, Thyais Leonard was suspended or fired (not sure which one occurred), after they investigated and concluded that she had indeed been on a campaign to prevent me from being given that position. But that didn't stop anything. Noland Mickens, Chad Butts and Tammy Lawrence (Assistant Manager - Supplier Chain) picked up where she left off. They mobilized the people in Assembly, Body & Paint Shops, Production Control and Logistics, Engineering and Quality to march to HR. They lied and said Thyais Leonard had complained about my Company Credit Card use, and so 'I' went to HR and claimed harassment. This infuriated so many people, because of how unfair it was. And they all marched and demanded that my Credit Card record be pulled and Thyais Leonard be allowed to return to work, which she was. So now I have people in every Department in the Office, angry and with a negative opinion of me. I never met with anyone from HR nor did I make claim harassment against her. But that's what contributed to my hostile work environment exponentially.

Because I was sitting in the Assembly Quality/Maintenance area and the team I supervised sat in the IT (NOC) Area, I started sitting down there more. One of the team members was going on vacation and another would go the following week, so I was filling in during their absence. I started and ended my day there, without going to my desk in the Assembly area. It was peaceful and I could work without all the tension. The desk was by several windows leading to the cafeteria., so everyone from the Assembly area who passed could see me sitting there. After asking all the people around me what I was doing there, Sam Elliott (Advanced Specialist - Manufacturing Coordination) sent me an email inquiring as to why I was sitting there, and what was wrong (see attached). They didn't want me in the Assembly area, but they didn't want me to go anywhere else either.

Thorsten Luepkes had been traveling back and forth to Germany every month, so upon his return in July, he sat me down to discuss what was going on. I confided in him and he recommended I speak with Ron Pankrantz - HR Manager. I agreed to meet with Ron Pankrantz and Hyapatia Reno - Employee Relations & Recruiting Specialist. They felt I would be comfortable with Hyapatia, because we were Learning Partners during the LBQ and had taken the ACL together. I had a good relationship with Hyapatia, and I felt I could trust her. They asked about my relationship with Thyais Leonard and why she was making so many accusations and negative comments about me. I explained that we had become friends when I first moved to Chattanooga, but after spending time with her and her actions inside of the workplace as well as out, that I had chosen to associate with her very little to none. I was not interested in a friend that wanted to compete with me on every level, and who was only a friend to me when I was around. They said they would investigate the allegations and get back to me with their findings.

This began a lot of back and forth, she said I said that had no business in our workplace. I voiced this to Thorsten Luepkes and told him I didn't want my personal life on display to be judged by everyone. Thorsten Luepkes left for his August Travel and it all starts again. Thyais Leonard had Noland Mickens at her desk, and informed him that "Chandra told HR about when they garnished my check for child support and the house". Noland Mickens comforted her and told her not to worry, because he was going to have my Credit Report run and he proceeded to do just that.

Chad Butts was traveling and had returned, so I went to his desk to speak with him about the FIS System that had been down. While waiting to speak with him, Thyais Leonard was at his desk asking him did he see the Credit Report and how 'Profound' it was. When he looked up and saw me waiting, he told her they would discuss if later, as if I didn't just hear what they were saying.

It's September 2014, and more Management changes have taken place. Thorsten Luepkes, has been promoted to Director of Manufacturing and Chad Butts has been promoted to General Manager of Assembly.

It's now September 2014, and I'm still having to endure their antics. On September 10, 2014, while sitting in the IT NOC area working on some FIS issues, I notice a few people walking by together. It's 1:00 pm, and the people are Becky Ferguson (HR Compensation Specialist), Reed Albert (General Manager - Security, Fired & General Services) and Andy Giffen (General Services Specialist) all head to the Main Cafe'. I didn't pay it much attention, even after they returned by the window at 2:00 pm. But later that day when I returned to my desk in the Assembly area around 3:30 pm, too wrap up for the day, I fully understood what had happened. Noland Mickens is boasting loudly on what he had just accomplished. He's speaking with Chad Butts (now the General Manager - Assembly Shop), Matt Bryan (Manager - Assembly Quality), Renita Archery (Executive Assistant - Director of Manufacturing), Sam Elliot (Advanced Specialist - Manufacturing Coordination) and Thomas Smith (Assistant Manager - Assembly Trim) about his meeting.

He was explaining how HR didn't want to agree with what he was presenting to them. But he started to "lay it on heavily, telling them they didn't want to promote someone like me with my Credit History". So now HR was going to have to review my record and decide if they should keep me on the list to be promoted. They all had a great laugh until Sam looked up and noticed I was at my desk. He then instructed them to "keep it down" because I was there.

Chad Butts has made it clear he does not want me in his Department or any where else at Volkswagen with his actions against me. Thorsten Luepkes talks with the Quality Department about an Assistant Manager position in their Department. After hearing of this, the Assembly Department goes on another 'Media Blitz', with all writing letters or informing their colleagues in the Quality area as to why they do not want me and to vote against me coming into their area. Their campaign was successful and I did not get the promotion as Assistant Manager in the Quality Department. It is now the end of September 2014.

On September 30, 2014, I sent a meeting invitation to Ron Pankrantz to meet for coffee from 7:15 - 7:45 am. Ron did not respond, because he was not in the office that early on this particular day. He responded after 9:00 am and confirmed we could meet at 4:00 pm in the Main Cafe'. I had decided I didn't want to continue to work under these conditions and I asked a few things of him. 1) That I be removed from the promotion list, because it was such a negative experience and I didn't want Thorsten Luepkes' reputation to become tainted because of mine. 2) I had requested that he look into promoting the guys on my FIS Team to Specialist, because they were still Team Members. 3) I stated that I would be sitting in the IT NOC area instead of the Assembly area to keep down tensions, because it was really stating to wear on me. And 4) That I was actively pursing other employment because my working conditions were hostile, unfair, biased and it was at a point that they would not improve for the better, because too much had been done.

Ron Pankrantz responded by telling me I was valued employee and that it would be a loss for Volkswagen if I were to leave. He stated that Thorsten Luepkes' reputation would not be questioned by anyone, because they trusted Thorsten's opinion and decisions. And that as long as I was still employed there, that I would remain on the list to be promoted, because I had earned it. It was a positive meeting, and I did appreciate his kind words.

October 2014, I begin to sit in the IT NOC area with my team. Thorsten Luepkes is still traveling quite a bit, so I don't see him often. The tensions are still high and the negative behavior towards me has not changed. The United Way Campaign has begun and Volkswagen is selling t-shirts to commemorate the 2014 year. They have a table set-up by the Main Cafe' entrance to purchase a t-shirt. When I leave the IT NOC and begin to approach the table, Armenda Blake-Scherle (Assistant Manager - HR- Culture)

turns to Emily "?" and an intern sitting with her and says "I'm not selling her a shirt". They all proceeded to look the other way when I approached as if they didn't see me. When Thorsten Luepkes returned from his travels, we met and I informed him of this. He spoke with HR and they sent out an email stating that anyone who was not able to purchase a t-shirt during the sale, could do so now, because they had extra shirts. That is all.

While sitting in the IT NOC, my name comes up again for an open Assistant Manager position there. And it all begins again, just so much worse. There is Marcin Hajdyla ((IT Operations & Support Specialist) who is doing the job, but has not taken the LBQ or ACL, so he's not eligible for promotion into the job he is performing. Then there's Brandon Floor (Technical Assistant Manager - IT UPS). Technical Assistant Manager means they are over a System, but do not supervise any people, and can report to another Assistant Manager.

They both go into action to prove why I should not be promoted, and all of their IT Colleagues in the NOC join in with them. Brandon Flood and Daniel 'Dan' Robinson (SIDIS Pro IT Specialist) begin to run reports on me. Marcin Hajdyla informed my FIS Team not to utilize the internet too much, because he was going to be running a report. What he did was tell everyone not to use the internet, except me, so he could run a report and say I was utilizing the internet and not working, which is what he presented to his IT Manager - Chad Brashier with just that notation. Brandon Flood reported his findings to his IT Manager - Eric Keeton. Eric went over all of it with him at his desk, where I could actually hear them discussing what was going to be presented. Brandon had reports of every nature, and Eric Keeton took them into the IT Management Teams Meeting to present as to why I should not be promoted in their department. The feedback wasn't what he wanted, so he came back and told Brandon Flood, at his desk, that "He needed him to get more dirt on me".

It's as if a Bounty had been placed on my head, and everyone was trying to obtain the reward. Melinda 'Mindy' Timmons (IT Service Specialist) came into work with a list of discretions she had found on line the night before. She and Eric Keeton presented them to their Management. She met with Brent Driscoll (Manager - Fire, Safety and General Services) and contacted some branch of the police about their findings. On my birthday in November 2014, Mindy came through the NOC around 8:30 am, saying she couldn't attend the morning meeting because she had to meet Brent. Around 9:00 am, I went to the restroom, and when I returned to my desk, Mindy was standing with 2 Police Officers or Security Guards at the desk in front of me. I couldn't see their badges because of their jackets. Everyone in the NOC is silent and watching this play out. I sat at my desk and started working on my computer, while they stood their watching me. After a couple of minutes, one of the Officers said "that's not her", and all 3 of them walked away. You could hear the moans and groans throughout the office. I was unknowingly placed in a line-up, without ever being informed.

For 2 days in a row, I overheard them speaking about my personal emails, phone calls and text messages, even my Linkedin Page. Personal information that they should not have known. The next day, before leaving my car, I turned my personal cell phone off. After I had been at work about 10 minutes, Dan Robinson came into my cubicle with his phone in the air, saying he wasn't getting any access on his phone. I just watched him, knowing he was trying to access my telephone and couldn't, because I had turned it off. Brandon Flood, Clinton 'Clint' Birch (IT Process Visualization Specialist) and Matthew 'Matt' Hixon (Advanced Specialist - IT Applications) met with Eric Keeton at Brandon Flood's desk. Clint is telling them he's tracking my System with something he brought from home. Brandon Flood proceeds to show them a laptop on his desk, that is mirroring my System and shows him everything I do, every email I send or receive and when I access the internet. I sent Thorsten Luepkes an email informing him of this information, and telling him I was leaving work, because this was too stressful, I was tired of fighting an army by myself and something had to be done or I would take legal actions against them. When I returned to work the next day, the laptop was gone from Brandon Flood's desk and Clinton Birch was off work for a week, but no one ever addressed the issues with me.

I received an invitation from Knute Hilles (General Manager ITP) to attend the IT Christmas Luncheon that would take place in the NOC. I accepted and brought a dish for the luncheon. It was on a Friday, so no Direct Team Members were present, just Administration. I was sitting at my desk, and there are 3 empty desk next to mine, since the FIS Team Members are off. Everyone that came into the NOC went to the other side of the room, and left me isolated on one side by myself. Everyone that came in spoke to everyone, calling them by name, except me. I was completed ignored. Knute Hilles came back to my desk and told me to come join them. But after being purposely isolated and ignored, I left the NOC and went into the Main Cafe' until the luncheon was over, then I returned to my desk.

It is during this time that I learn of a Facebook Page they have created that is dedicated to and about me. It shares everything negative and derogatory that they can come across or think of. The ownership of the Facebook Page is a collaboration between Brandon Flood and Justin Stephens (Q-Management Specialist - Assembly). This came to light on December 18, 2014, when I arrived at my beauticians salon for my appointment. She was engrossed in reading on her tablet. She finally pulled herself away from her reading to begin doing my hair. She placed me under the dryer and went right back to her reading, until another one of her clients and best friend arrived. She told her that she was on a Facebook Page completely about me, and couldn't believe what she was reading. She gave her the required login and password needed to access the page, and they both proceeded to read and discuss the contents of the page. It ranged from defamed photos of me, to copies of my bills and checks and lots of comments. I left her shop that day and never returned.

This is all taking it's toll on me. I'm isolated at work. No one talks to me unless it's absolutely necessary and now I have to worry about them having all of my personal information and access to my social accounts.

It's January 2015, I'm still employed at Volkswagen GofA and searching for a job. I have not been promoted yet, and the pressure to force me out of my job is increasing daily. My blood pressure is fluctuating and I'm seeing a specialist about regulating it. I'm having massive headaches, I don't have a social life, my privacy is being invaded and my personal life is being put on display in the most negative light, because a group of people don't like me and want me to quit my job. We return to work and the year starts just as 2014 ended, with everyone pretending as if I'm not there and looking for just cause to have me terminated.

I'm tired of my personal life being an open book, because these IT Professionals have decided to use every means they have to hack into my life. I sent Knute Hilles (General Manager ITP) a meeting invite to discuss these issues, because the IT Managers are encouraging the behavior and HR is not addressing the issues. Knute Hilles accepted my meeting invitation for February 2nd at 3:30 pm on the 10 meter level, at a meeting room near his desk. I discuss everything that has been going on, including the Christmas Luncheon, the laptop, my personal cell phone and emails and social accounts and the Mindy Timmons incident with the Officers. Knute took notes and said he was surprised to hear about all these things. I told him I didn't want to see anyone lose their job, but I wanted all of this behavior to end and to be left alone. But Knute's last 2 questions changed my whole opinion of him being genuinely concerned and unaware of the behavior. 1) He wanted to know how did I find out they had been doing these things, and 2) If someone in the NOC or IT helped me figure this out. There were no results from this meeting either.

I discussed these things and my Knute Hilles meeting with Thorsten Luepkes when he returned. He reported my issues to HR. On February 13th, Mark Cordell (Employee Relations and Recruiting Specialist) called to set-up a meeting with me. I met with Mark Cordell and Jana Eichel Johnson (Employee Relations and Recruiting Specialist). I went through everything that was going on. I even gave them a picture I had taken from Brandon Flood's Twitter page. It was him holding a black, curly head doll and smirking at it. I told them I felt he was making reference of me with the doll. They said they would look into everything and get back to me, and that's how the meeting ended.

I tried to log into the FIS System to work, and I couldn't. My FIS Access and Password had been deleted. I had not changed it. Travis Hodges (FIS Team Member) had removed my access. I phoned Tim Lovvorn to tell him of this. He came down to the NOC, and met with me outside of the office. I explained what happened and that it was removed. He walked away and went back to his desk, called Travis and told him to restore my access, Then I requested that he be moved back to Production, because he was still a Team Member. That did not happen. Tim sent Jeremy Steele (Tooling Specialist) down to the NOC later that day, and he informed Travis that Tim said not for him to worry, he was not going back to the Production Floor.

It's February 19th , and I'm angry, I have an excruciating headache and I just can't take it any more. I get to work, and they're discussing my personal emails, from home system, because I don't bring my personal phones into the workplace any more. Brandon Flood is telling them that I will be terminated today, because of all the information he found on me and turned in to Management. I'm not looking up, but one of them says "He has to make sure his phone is charged, because he wants to take pictures of them walking me out". IT Employees that sit on the 10 meter level have come down to the NOC, because they want to see them walk me out. The NOC is full, with everyone sitting around waiting for HR to come and escort me out the door. I waited for about 30 minutes as well, then I left work (at 11:30 am), and went to the Chattanooga Police Department. I told them I wanted to file a Harassment Report on Brandon Flood. They told me they would send an Officer to my residence to take the information. They sent Officer Branch, and he did not make a Report. He informed me that he was neighbors with one of the IT Managers, he did not name which one. He said VW was a great place to work, and I should go back to work and try to work it out. He also told me that Volkswagen GofA would have to handle the Harassment Charges. Officer Branch then sat in his squad car in the front of my residence for about 20 minutes on his cell phone. When I returned to work at 2:00 pm, there was total silence in the NOC. No one was talking, especially not to me and no one would even look in my direction. As they were leaving, around 4:00 pm, Brandon Flood made the comment "Look at her sitting there like she hasn't done anything". So I'm not getting any assistance from HR or the Chattanooga Police Department. My despair, frustration and feeling of hopelessness is growing.

On February 24th, I have a feedback meeting with Ron Pankrantz and Jana Johnson. They explained to me that I'm"Depressed & Delusional" and recommended that I utilize the EPA Program. I respectfully declined. Jana suggested I use a Journal, to write about what I was feeling or what was going on in the Office. I was also told that it would be best if I moved back to my desk in the Assembly area. And that ends our meeting.

On Wednesday - February 25th I moved back to the Assembly area. They didn't inform the people in the Assembly area that they had told me to move back to my desk, so they were all surprised to have me back. And on February 26th, I wrote a note in my 'Virtual Journal' and sent it to Jana Johnson (see attached), because that's what she asked me to do.

Thorsten Luepkes was preparing to leave Volkswagen GofA in June, returning to Germany after his 5 year stay in America. Fabio Freccia (General Manager - Logistics & Production Control) would be leaving Volkswagen GofA at the end of March. Thorsten and Fabio got together to try to promote me one last time, before they both left the company. They were 'still' trying to promote me to the Assistant Manager in the Production Control/Logistics area. My department received news of it, and they went full throttle into their 'Media Blitz' . And this time, they had the help of IT. They thwarted that try to. Fabio departed in March, and Thorsten's traveling increased, because he had to prepare for his reintegration back into Germany.

On Thursday - February 26th I was invited to a follow-up meeting with Jana Johnson and Mark Cordell. They scheduled the meeting for 2:30 pm, in the Medical Area meeting rooms, for privacy. They informed me that their investigation on the issues I wrote about the day before, brought no findings. They recommended that I see a Psychologist again. And again I respectfully declined. I did not have

mental issues. I had problems that they did not want to address, because of the number of persons involved and the levels of Management that it crossed. So they pretended as if nothing ever happened and expected me to do the same.

I couldn't make a phone call without them knowing it, and I couldn't send an email without it being monitored. So I concealed my laptop and took it home to work from on Saturday - March 1st. As expected, I had to call the Help Desk in Michigan to get access from home, because my access had been removed. The Help Desk Technician was surprised at what was on my System. He didn't explain it to me, but he needed to check with his Supervisor and call me back. He called me back, accessed into my system and fixed it so I would have access. This was my way of notifying Corporate of what was going on, because they had access to my work and home system, and I couldn't communicate without them knowing it.

On Monday March 6th, when I arrived to work at 6:00 am, there was an IT Meeting with some individuals I had never seen before. Everyone who was leaving was turning in a document they had to sign about compliance. No one addressed the issue with me or my system, and I wasn't notified of any changes. So now Corporate is aware of a problem, and still no feedback or help.

Now it's almost a weekly saying that I'm being terminated for some reason. Every morning I walk into the plant, I hear someone in passing saying how this is my last day. James 'JD' Blagg (General Manager - Body Shop) and Frank Meyeraan (Lean Org Development) are leading the way. I took PTO on March 5th & 6th, because I'm tired, I'm sick and I'm tired of these people playing with my livelihood. For the month of March, it's the same thing, I'm terminated, I'm not terminated, I'm terminated. This can't go on much longer. For the month of April and May, this continues. My privacy is continually invaded.

It's June 2015, and my biggest supporter and one true person at Volkswagen GofA is leaving and returning to Germany. Thorsten's going-away party was held at the VW Training Center. Sam Elliott and Thyais Leonard handled the invitations and arrangements for the party, quietly. It's about 10:30 am and everyone around from all departments start to leave their desk heading in the same direction. I know Thorsten is in Chattanooga today, so I've brought him a going away gift. What I didn't know was that it was the day of his going-away party. The party was at 11:00 am, and at that time, I was the only one in our area sitting at my desk, with the exception of Carsten Heimlich (Thorsten's replacement) who was on an international phone call. When I saw him at his desk, I went with tears in my eyes from being so hurt and angry, an asked him to deliver Thorsten's gift for me. When he saw my face, he told me I needed to deliver it myself and to walk with him. He showed me where the party was, and I delivered my gift to Thorsten. I made up a story about having a doctors appointment, not to ruin his day, because I knew I was not wanted there. This was done on company time and company property, and there was no issue with what was done. That was the end of it.

After Thorsten Luepkes left, they escalated their efforts to get me to resign.On June 15th, I took off work to compete my personal business that I was neglecting, including filing my taxes for t2014and making an amendment to 2013. When I returned to work on June 16th, Jessica 'Jessy' Davis (Supervisor - Assembly Shop) and Yemane Turner (Assistant Manager - Zone 1) sat down at their desks after the morning meeting and proceeded to have a conversation about my tax returns. They were discussing how much I made and what deductions I had taken. Yemane voice carries more than Jessy's, so when he got too loud, she reminded him that she could hear him. This behavior is what had become the norm in the office when I was around. And I didn't imagine it, this is what they did.

On Friday - July 10th, I left work at 9:30 am to file a police report again, for the 2nd time. Same results. They could not see how they were accessing my information from my residence and they were not equipped to deal with cyber crimes. No Police Report was filed again.

I continued to work under these conditions while searching for employment. I was taking off and having several doctors appointments because of the stress, my fluctuating blood pressure that my doctor was still trying to regulate, headaches and poor vein circulation in my left leg, that resulted in me having surgery on July 24th.

On July 31st, I left work at 2:45 pm, after I returned from the restroom, walking slowly due to my surgery the week before, to see Sam Elliott toss my telephones back into my personal bag and walk away from my desk. He had turned my phones on and Renita Archery had logged into the tracking system they were using to access my phones. I had two, one for personal use and one for job hunting. I had not been using my phones at work due to the issues in IT with my personal information. This helped me to understand 2 things. 1) This was not the first time they had been in my bag to access my personal items and 2) That is how they were gaining access into my residence, because they had to have removed my keys from my bag and made a copy of them.

I took my phones to a phone repair shop, and they said Spyware had been added to my phones. I called Verizon Technicians regarding my phones and they tried to connect and run a hard reset. They were unsuccessful because of the Spyware. I was told to return the phones and they sent me 2 new phones. I had recently purchased a Samsung Galaxy Tablet as well. When I received the phones, I took them and the tablet to the Samsung Agent in Best Buy as instructed, to have them set-up my phones and tablet with their Security program. I spent almost 2 hours in Best Buy having this done. I left the phones and Tablet at home, so they could not access my bag and obtain them anymore. When I returned home that evening, my telephones had been reset to the settings of the old phones and my tablet information had been deleted. I had changed my phone numbers several times and my emails as well, trying to keep them out of my accounts. I deleted two email accounts, and the information from both was downloaded by the agent that evening at Best Buy. Both email accounts were deleted off my tablet when I returned home the next day, and tablet contact information was erased.

I went to the Tennessee Bureau of Investigation (TBI) to file a complaint and they referred me back to the Chattanooga Police Department. The Chattanooga Police came to my residence for the 3rd time, and still no Police Report was filed. They told me to leave my bag and phones in my car, and there should be no problems. They advised me to contact the FBI because they did not process Cyber Crimes and said they didn't think they were going to go in my car if I left everything there. I had a company lease car, they had keys, and that ended that.

I filed 2 Reports with the FBI utilizing the IC3Complaint Form on Cyber Crimes and two amendments. I don't know if they ever investigated the claims, but no contact with me was ever made.

I contacted Archalene Davis of the District Attorneys Office with my issues. She informed me that there had to be an active case with the Chattanooga Police Department for them to get involved.

At work that Monday, Sam was being treated as a hero for getting the information from my phones and email accounts. I was having sleepless nights and struggling to stay awake throughout the day. At my desk, I closed my eyes and Sam was right there to take a 10 second video of me, to send to Management as to why I should be terminated. I did say 10 seconds, because I opened my eyes and watched him walk away. But nevertheless, this was the behavior in the office at all times. Nothing was ever done about him accessing my telephones, although everyone knew he had done this. Julian Wolf (German Intern Student) witnessed it and asked him why did he do it. He just shrugged his shoulders and said they needed to know what I was up to, because I was trying to contact the authorities on them. Nothing was done to him about this behavior.

After that, I started carrying my laptop, my tablet and both of my telephones in my bag with me. I took my bag to the copier room, the restroom and every meeting I had to attend. While leaving the restroom on August 27th, Christian Koch (President & CEO), Chad Butts, Noland Mickens and Tim Lovvorn were standing in the front of Chad Butts' desk. As I was approaching with my bag on my arm, Christian Koch made the comment "I wonder if she has her sex toy in that bag". All proceeded to laugh quite loudly. This statement would be in reference to an item at my residence. How would he know of such!?! Noland Mickens commented that he said the same thing earlier.

The Production Control & Logistics Department was in a meeting discussing that they were still trying to promote me in that Department to the open Assistant Manager position. The conversation in the meeting was more about them seeing me in my underwear or without clothes on and them seeing me with a sex toy, the reason they were looking to promote me now, instead of on my merit. This was the conversation in the meeting, that was relayed back to me by someone who was completely horrified to hear this. She said if they did it to me, they could and would do it to anyone else there. She started looking for another job that day.

After enduring this behavior and the humiliation and embarrassment of these actions by these individuals, it became almost unbearable to walk into that plant on a daily basis and face them, knowing they had done these things to me.

I felt compelled to resign, with no job, believing that it would be easier to find a job with more time to dedicate to my job search. I resigned an applied with Temp Agencies, Staffing Agencies and Companies in general. I received little to no feedback. I had no income, because I resigned and was ineligible for unemployment. I lived off my savings while trying to find employment.

I had lost my insurance, I couldn't get high blood pressure medicine anymore and my headaches were increasing in strength. My weight ballooned, because I was stress eating and I began to fall into a state of depression. I applied for unemployment at the end of the year, because I had no other means of income and I wanted to stay in Chattanooga. My unemployment was denied and I appealed. That was denied as well. With no other recourse, I put all of my things in storage there (I couldn't afford to move it), and moved backed to Tuscaloosa with family members.

My heartaches because my first born granddaughter is in Chattanooga, and I missed the birth of my first grandson. I didn't get to see him until he was 7 months old. I don't get to see them much, and there isn't a passing day when a thought of them doesn't make me angry because of this situation and being forced to move away from them.

Since moving in with family members, I've seen the worst that can be offered. I've been eating by bed bugs, told when to go to bed and watch television and demeaned, because I went from being the person that could help others to having no income and no means to even feed myself. I had to depend on someone else to feed me. I went without an income or employment for more than 7 months.

Then I accepted a Temp job as a Talent Recruiter making $12/hour and I went up to $15/hour when I became permanent. I was making $35/hour at Volkswagen Gof A, with an annual bonus of ¬$20,000 or more. My credit rating is at its lowest ever, I can't afford to get my own place and I'm struggling to keep my storage and car paid for. I recently relocated back to my home town of Chicago, IL, because I can't continue to live off of $15/hour. I need a job where I can afford my own place, to keep my car and to get my furniture and personal items moved from Chattanooga to Chicago.

I believe my Civil Rights have been violated, according to Title VII Civil Rights Act of 1964. This was an act of Collusion by various employees of Volkswagen Group of America, to prevent me from being promoted to an Assistant Manager position and to have me Constructively Discharged from my position as the Advanced Assembly (Failure) Recording Specialist in Assembly Maintenance. They created a Hostile Work Environment that would have been unbearable to the strongest of persons, as well as the reasonable person to tolerate. I was isolated, berated, humiliated, photos of me were defaced, I was defamed and aggressively harassed on a daily basis.

The EEOC reviewed my case, and provided me with a right-to-sue letter in the U.S. District Court. A copy of their letter is attached.

As for my expectations from this Complaint, they are as follows:

1) Compensatory Damages: I want my Salary as an Assistant Manager from January 2014 through my resignation. I want my correlating Bonuses, Benefits (Medical Insurance, Life Insurance, etc.) and 401K Contributions.

2) Pecuniary Damages: I want pecuniary damages for loss of compensation, emotional duress, stress, pain and suffering, mental anguish, loss of employment life and other non-pecuniary losses.

3) Punitive Damages: I want punitive damages assessed to Volkswagen for the gross negligence in handling this case. For the blatant disregard for the Civil Rights of an individual. For the malice and indifference shown for the Law and for the Life and Civil Liberties that are protected by that law.

4) I want an investigation and subsequent Criminal Charges brought against those persons whom have committed crimes and hide behind the Volkswagen name.


Presented this 3rd Day of July, 2017.


*Chandra A. Brown*

Chandra A. Brown
1423 W Fargo Avenue
Chicago, IL 60626
(205) 245-3764



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Nashville Area Office

220 Athens Way, Suite 350
Nashville, TN 37228-9914
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Nashville Status Line: (866) 408-8075
Nashville Direct Dial: (615) 736-5863
TTY (615) 736-5870
FAX (615) 736-2107

April 6, 2017

Chandra Brown
5711 14th Ave E
Tuscaloosa, AL 35405

RE:     EEOC Charge # 494-2016-00536
        Chandra Brown  vs.  VWGOA Chattanooga

Dear Ms. Brown:

This letter is to recognize our conversation today, April 6, 2017, regarding your EEOC Charge. We discussed the following;

On February 24, 2017, I provided you with a summary of the Respondent's response to your discrimination allegations (based on the issue of Promotion, Retaliation and Constructive Discharge). The analysis informed you that the Respondent contends;

- The Respondent contends you did not apply for a promotion in April or May of 2015, as you alleged. Additionally, the Respondent contends they did not promote anyone to Assistant Manager in April or May of 2015. The Respondent does acknowledge an African-American female was promote to Assistant Manager in March 2015; a comparator that is defeating of your discrimination allegation based on race and sex.
- The Respondent also contends that you never complained of discrimination as you alleged in your EEOC charge of discrimination.
- The Respondent contends you resigned your employment and that the Respondent never took any adverse employment action against you.
- There is no evidence in the file to support you ever applied for a promotion during the relevant period.
- There is no evidence in the file to support you complained of discrimination of a statute under the jurisdiction of the EEOC or the conditions were so adverse (severe/pervasive) that a reasonable person would not continue to subject themselves to the situation.

On March 7, 2017, I received your rebuttal to the Respondent's Statement of Position and contentions. You disputed the Respondent's contentions however you did not provide any new information to support you were denied a promotion due to your race, sex or age. In fact, you corroborated the Respondent's position that someone of your same race, sex and protected age group (a black female around 44-45 years of age) received a promotion by the Respondent when you should have / could have been promoted.

Additionally, there is no evidence of you being retaliated against for complaining of discrimination that is protected (jurisdictional) by the EEOC or that your discharge was so adverse (severe/pervasive) that a reasonable person would not continue to subject themselves to the situation.

Additionally, I informed you that the cell phone you provided could not be accessed by me. You indicated that the information (emails and organizational charts) would not directly support any of your promotion, constructive discharge or retaliation allegations as it relates to your race, sex or age.

The EEOC is a neutral fact finding agency that has the authority to investigate charges of discrimination against employers who are covered by the laws we enforce. Our role in an investigation is to fairly and accurately assess the allegations in the charge, review the submitted evidence and then make a finding. All evidence received from you and the Respondent is equally evaluated before a recommendation is made.

We recognize that you do not agree with the Respondent's position regarding your charge of discrimination. The additional information collected does not alter the facts already obtained during the course of the investigation. Based upon the investigation, I am unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes.

Therefore, the Director's determination is enclosed along with issuance of your Dismissal and Notice of Rights which completes the processing of your charge. You may pursue the matter by filing suit in Federal District Court within 90 days of receipt of your Dismissal and Notice of Rights. **Please be reminded that if you choose to file a lawsuit in federal court, you must do so within 90 days of receipt of the Dismissal, or your right to sue will be lost.**

If you have any questions, please feel free to contact me at (615) 736-2973 as soon as possible. If I am unavailable when you telephone, please leave a message with a phone number I can contact you at and I will return your call at my earliest convenience.

Sincerely,

*Curtis R. Smith*

Curtis R. Smith
Senior Federal Investigator
U.S. Equal Employment Opportunity Commission
Nashville Area Office
220 Athens Way, Suite 350
Nashville, TN 37228
Tel: 615-736-2973
Fax: 615-736-2107

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: | Chandra Brown<br>5711 14th Ave E<br>Tuscaloosa, AL 35405 | From: | Nashville Area Office<br>220 Athens Way<br>Suite 350<br>Nashville, TN 37228 |
|---|---|---|---|

|  | ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* |  |
|---|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2016-00536 | Deborah K. Walker,<br>Supervisory Investigator | (615) 736-2109 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*Sarah L. Smith/ces*

**Sarah L. Smith,**
**Area Office Director**

APR 0 7 2017

*(Date Mailed)*

Enclosures(s)

cc:  Ian K. Leavy
Asst. General Counsel
**VWGOA CHATTANOOGA OPERATIONS**
8001 Volkswagen Drive
Chattanooga, TN 37416

**Brown, Chandra (CM-AM)**

| | |
|---|---|
| **From:** | Brown, Chandra (CM-AM) |
| **To:** | Lovvorn, Timothy (CM-AM) |
| **Subject:** | Declined: Open discussion |

Thanks but not comfortable with meeting anyone in HR. Don't feel I've been represented well there. Don't want to give the 'Office' one more reason to make my work environment worse than it already is.

I don't know how you can run a campaign and ask people to write a letter to tell how they don't want to work with someone and 'why' and not let the person they are writing about have a say in it? Completely baffles me. What are the people basing their opinion on? Especially if we've never worked together before? Did they get a copy of my Bio and work history? I didn't provide it them. Just really tired of the one-sided 'whatever works to our advantage' so we can do what we want way!!!!

I'm the villain because of an HR Policy that they've decided they don't like and I've been 'Persecuted and Sentenced' in the Public Eye because of it all. So be it. And of course my 'favorite two friends' are all over this too. Right in the middle. Why am I not surprised!

I'm good. Thanks for your help. Appreciate it.

I got this.

Chandra

**Brown, Chandra (CM-AM)**

| | |
|---|---|
| **From:** | Brown, Chandra (CM-AM) |
| **Sent:** | Thursday, July 31, 2014 1:41 PM |
| **To:** | Elliott, Samuel (CM) |
| **Subject:** | RE: Where are you? |

Oh my Dear Sam,

Nothing has happened.  Why does everyone think something 'NEW' is wrong with me.

Sometimes I get tired of smiling and trying to make everyone else feel good too.  Sometimes, I have to get off the rollercoaster of life and deal with my issues like everyone else!!!!  I can't always be 'Ms. Sunshine.

Here is this the true story. . . .straight from the source (please feel free to spread it around) ☺

We have been kind of busy, and Travis took off all of last week.  Nic was really getting swamped, and I was coming back and forth all day Monday and Tuesday.  So I decided to just sit down here the rest of the week with him last week to deal with the masses.  I was able to help him out a lot and to get a lot of things either caught up or finished as well.

Yes, I have been quite frustrated with some things that have been going on, and not too happy with how they've been handled.  And I internalize things a lot.  But Tim Lovvorn knows me very well and he always looks at me and says he can tell when I'm bothered because of how I look at him.  I don't know what that 'look' is, but he sees it.  He knows why I've been sitting down here.  And he's good with that.

This week was to finish up a couple of things, and since it's been so peaceful, I've been in no hurry to come back to my other desk.

I  will be back.  No one particular person or thing has chased me away.  I will be back.  And yes, let me say it  again, I have been and I am still quite irritated with some things that have been going on.  But that's nothing new.  So are you, and Tom and Dick and Jane and anyone else you might want to name ☺

But thanks for being concerned about me.

See you soon,

Chandra

---

**From:** Elliott, Samuel (CM)
**Sent:** Thursday, July 31, 2014 1:28 PM
**To:** Brown, Chandra (CM-AM)
**Subject:** Where are you?

What happened?  Why don't you want to play with us anymore?

WHO DID THIS TO YOU?

**Sam Elliott**
Manufacturing Coordination Advanced Specialist
CM

**Brown, Chandra (CM-AM)**

| | |
|---|---|
| **From:** | Whitaker, Chad |
| **Sent:** | Thursday, February 05, 2015 9:01 AM |
| **To:** | Brown, Chandra (CM-AM) |
| **Subject:** | RE: Day Shift Log - 02/02/2015 |

DANG! I wish I were as strong as you. Before this past year I can say I had no clue how tough this kind of stuff could be, but you know what I've been through with my deal. I'm still going through it, and I feel like my life has been put on hold until it's all over with. I have definitely learned a lot from you, and have never met a more powerful, independent woman. You do have a lot to be proud of. I got your back @ work at least. I have noticed the crap that's been going on. I can't deny that. I just try to act like it's the old days when I come by and see yall. I want you guys to be happy.

**Chad Whitaker**
Production Control Specialist
Logistics/Production Control (CL-PC)

Volkswagen Group of America
Chattanooga Operations, LLC
8001 Volkswagen Drive
Chattanooga, TN  37416

Phone:  +1 423-582-4500
Email: Chad.Whitaker@VW.com

---

**From:** Brown, Chandra (CM-AM)
**Sent:** Thursday, February 05, 2015 8:38 AM
**To:** Whitaker, Chad
**Subject:** RE: Day Shift Log - 02/02/2015

Of Course, I get fired every week. . . This has been going on since November 2014.

Let's see. .

Credit Report. . . Check

Police Report. . . Check

Bad Everything they claim I can ever think of doing Report. . . Check

Who do you know has ever done as much as I have. . . had everyone in the world look into their past and report on different things. . . .and survive the public opinion of their peers. . . .come on Chad. . . even you guys have been talking about it for the past few months. . . .I'm 48 years old. . . I've been around the block a few times.. . .I know these things.

I have every stereotype you can name for a family member.  You name it, I have it.  Not proud of them, but they're my family.  I've been burned by many, and learned lots of lessons, but I don't owe anyone hear an explanation for any of it.  I wonder who here among my peers could take their background and all of their business being put on display in so many ways and come out smelling like a rose.

It's easy to sit back and judge others when it's not you.  But I'm good. . . I always take a lesson away from life experiences.

I've learned that many people can be mean, vindictive and hurtful for no reason at all. And that you can't allow yourself to become their 'Victim'. I won't roll over and play dead or hold my head down and walk around sad face for any of them. What is in my past is what has made me the strong, independent woman I am today.

Life goes on, another Lesson Learned.

**From:** Whitaker, Chad
**Sent:** Thursday, February 05, 2015 8:29 AM
**To:** Brown, Chandra (CM-AM)
**Subject:** RE: Day Shift Log - 02/02/2015

Haha. You aren't going anywhere are you?

**From:** Brown, Chandra (CM-AM)
**Sent:** Thursday, February 05, 2015 8:28 AM
**To:** Whitaker, Chad
**Subject:** RE: Day Shift Log - 02/02/2015

Thank you.

And I wish you well too!

Chandra

**From:** Whitaker, Chad
**Sent:** Thursday, February 05, 2015 8:26 AM
**To:** Brown, Chandra (CM-AM)
**Subject:** FW: Day Shift Log - 02/02/2015

This is what our shift log looks like.

**From:** Whitaker, Chad
**Sent:** Monday, February 02, 2015 4:49 PM
**To:** Production Control; Program Planning; Luepkes, Thorsten Frank (CM); Williamson, James (CL-I); Soares Freccia, Fabio (CL)
**Subject:** Day Shift Log - 02/02/2015

-White Shift-


**Chad Whitaker**
Production Control Specialist
Logistics/Production Control (CL-PC)

Volkswagen Group of America
Chattanooga Operations, LLC
8001 Volkswagen Drive
Chattanooga, TN 37416

Phone: +1 423-582-4500
Email: Chad.Whitaker@VW.com

February 26, 2015

Good Afternoon Journal,

I've been back in my old seating area for 1 ½ Days and have found it quite interesting. But since I promised I wouldn't act 'Depressed' or 'Delusional' anymore, I decided I would write in a Journal to get my feelings out. It's almost like talking to a Therapist, and that's supposed to help a lot. Let's try some bullet points of my time here, to see how things have been going:

- Everyone seemed quite surprised and upset to see me cleaning off my dusty desk and moving back in
- Lots of whispering.... And not very nice tings either... I don't think they're very pleased with me being back
- They seem to think there is more to my being at my old desk than me just showing up
- Assembly Management has found out something and they can't believe they're trying to get away with that
- Now they're checking to be sure... It's unbelievable by their Standards
- I was told that the 'Brandon Flood' info on the Website didn't exist, but somehow, it's on a jump drive being passed to all of Assembly Management, and they're quite pleased about it.
- Oh, they just told a joke. In a Meeting, it was said: Why would I hire her, and the Police will probably come arrest her on Thursday or Friday. Laughter... Everyone can't stop... It's quite funny ☺
- February 25th - Phone call at my desk from 515-697-9183 – Wells Fargo Collections. He's returning my telephone call. I tell him, "I didn't call you". Isn't this Chandra Brown at 423-582-4819. "Yes, but I didn't call you". Okay, thank you. Wow, they're still call my Creditors. But this isn't true either, Right!
- Maggie is so upset, she has to speak her peace to Mr. Luepkes. Why does Maggie know any of my business? And why does everyone here think this is okay? It's not okay... It really isn't!
- Chad Butts tells Mr. Luepkes to go make a few phone calls to some of my Creditors. Wow, this is still crossing the line, and very wrong. Do you all know this is still wrong? This is not how you do business. Not at all. Okay, enough said!
- Thursday – February 26th – Still looking at my Credit Card that no one is looking at!! And I still stand by what I said. In the beginning I used it for small purchases, because I was told that you should it once or twice a month to keep it active. For gas or small meals. I would pay the bill through the mail. In March, when I charged the trips to Vegas, and the bill came in, I told Thyais I needed to get it paid. That's when she sent me the link and told me to pay it on-line like she paid hers. But her and Brandon did not give me their part on the Deposit. I wasn't expecting that!!!

February 26, 2015

- She didn't charge her Vegas ticket on her charge card because she had just returned from a Company trip to Mexico and her expenses had not been paid yet. And she had also just charged a plane ticket to New Jersey to see a man she was dating on the card.
- I don't know whether her expenses had been paid or not, but that's what I remember being told.
- I will not back down from my statement, because that's what I was told!
- I take full responsibility for each and every purchase I made, because I made them.
- My problem was with the hypocrisy of the person who told I was using my card, after being the person to tell me that it what was acceptable, as long as you paid the bill monthly.

I don't know about being Depressed or Delusional, because for the last two days, these things have seemed quite real to me.

Chandra A. Brown