UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CHANDRA A. BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 1:17-CV-192 |
| | ) |
| VOLKSWAGEN GROUP OF AMERICA, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

The matter before the Court is to consider the Report and Recommendation of the United States Magistrate Judge dated February 20, 2018. [Doc. 5]. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's action be dismissed without prejudice and the *in forma pauperis* application be denied as moot. No objections have been filed to this Report and Recommendation, and the time for filing any objection has passed.

After careful consideration of the record as a whole, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation, [Doc. 5], is **ADOPTED** and **APPROVED**, and the plaintiff's action is **DISMISSED WITHOUT PREJUDICE**. The plaintiff's application to proceed *in forma pauperis* is **DENIED AS MOOT**.

    ENTER:

_____
s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
